UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. PITTS, | No. 2:12-cv-0823 AC P |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, et al., | |
| Defendants. | |

By order filed on October 28, 2013 (ECF No. 60), the undersigned granted defendants' October 24, 2013 motion for an extension of time to serve responses to plaintiff's discovery requests. In a request filed on November 14, 2013, plaintiff has informed the court that he did not receive a copy of defendant's motion via prison mail. Defendants' request was filed at ECF No. 58 with an amended declaration filed at ECF No. 59. Although it appears that defendants have served plaintiff properly, the court on this occasion will direct defendants to re-serve plaintiff with the filings at ECF Nos. 58 and 59 and to file proof of re-service within seven (7) days.

IT IS SO ORDERED.

DATED: November 19, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE