1. KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2. MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
3. DAVID C. GOODWIN, State Bar No. 283322
Deputy Attorney General
4.   1300 I Street, Suite 125
  P.O. Box 944255
5.   Sacramento, CA 94244-2550
  Telephone:  (916) 324-5396
6.   Fax:  (916) 324-5205
  E-mail:  David.Goodwin@doj.ca.gov
7. *Attorneys for Defendants*
*Kiesz, Fleischman, McAlpine, Morgan, Singh-*
8. *Trujillo, Austin, Fontillas, Villanueva, Mefford,*
*Braunger, Mantel-Davis, and Froland.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE L. PITTS,** | 2:12-CV-00823-TLN-AC (PC) |
| Plaintiff, | **Defendant Kiesz's Substitution Of Attorneys** |
| v. | |
| **C. DAVIS, et al.,** | [E.D. Cal. L.R. 182(g)] |
| Defendants. | |

**TO THE CLERK OF THE COURT AND PRO SE PLAINTIFF EDDIE L. PITTS**:

Under Local Rule 182(g), Defendant P. Kiesz substitutes the following counsel in place of the Attorney General of the State of California:

Shanan L. Hewitt, State Bar No. 200168
Rivera & Associates
2180 Harvard St., Suite 310
Sacramento, CA 95815
Telephone:  (916) 922-1200, ext. 20
Facsimile:  (916) 922-1303
E-Mail: shanan@jmr-law.net

/ / /

/ / /

1

Plaintiff and the Clerk are requested to refer all communications to Shanan L. Hewitt at the above-referenced address beginning immediately.

I consent to this substitution.

Dated: September 27, 2013  By: /s/ P. Kiesz
P. Kiesz
Defendant

I consent to this substitution.

Dated: October 10, 2013  ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ David C. Goodwin
David C. Goodwin
Deputy Attorney General

I accept this substitution.

Dated: October 15, 2013  RIVERA & ASSOCIATES

By: /s/ Shanan L. Hewitt
Shanan L. Hewitt, Esq.

SA2012307550
31789714.doc

**ORDER**

**IT IS SO ORDERED.**

Dated: November 20, 2013  _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Def. Kiesz's Substitution of Attorneys  (2:12-CV-00823-TLN-AC (PC))