KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
DAVID C. GOODWIN, State Bar No. 283322
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5396
Fax: (916) 324-5205
E-mail: David.Goodwin@doj.ca.gov
*Attorneys for Defendants*
*Kiesz, Fleischman, McAlpine, Morgan, Singh-Trujillo, Austin, Fontillas, Villanueva, Mefford, Braunger, Mantel-Davis, and Froland.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDDIE L. PITTS,**<br><br>Plaintiff,<br><br>**v.**<br><br>**C. DAVIS, et al.,**<br><br>Defendants. | 2:12-CV-00823-TLN-AC (PC)<br><br>**Defendant Kiesz's Substitution Of Attorneys**<br><br>[E.D. Cal. L.R. 182(g)] |

**TO THE CLERK OF THE COURT AND PRO SE PLAINTIFF EDDIE L. PITTS**:

Under Local Rule 182(g), Defendant P. Kiesz substitutes the following counsel in place of the Attorney General of the State of California:

Shanan L. Hewitt, State Bar No. 200168
Rivera & Associates
2180 Harvard St., Suite 310
Sacramento, CA 95815
Telephone: (916) 922-1200, ext. 20
Facsimile: (916) 922-1303
E-Mail: shanan@jmr-law.net

/ / /

/ / /

Plaintiff and the Clerk are requested to refer all communications to Shanan L. Hewitt at the above-referenced address beginning immediately.

I consent to this substitution.

Dated: September 27, 2013     By: /s/ P. Kiesz
                                  P. Kiesz
                                  Defendant

I consent to this substitution.

Dated: October 10, 2013       ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

                              By: /s/ David C. Goodwin
                                  David C. Goodwin
                                  Deputy Attorney General

I accept this substitution.

Dated: October 15, 2013       RIVERA & ASSOCIATES

                              By: /s/ Shanan L. Hewitt
                                  Shanan L. Hewitt, Esq.

SA2012307550
31789714.doc

**ORDER**

**IT IS SO ORDERED.**

Dated: November 20, 2013      _____
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE