UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE L. PITTS,

        Plaintiff,

   v.

C. DAVIS, et al.,

        Defendants.

No. 2:12-cv-0823 TLN AC P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 24, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2013, are adopted in full;

2. Defendants' February 13, 2013 motion to dismiss (ECF No. 24) is granted, and the following claims are dismissed without prejudice:

   (a) the claim against defendants Braunger and Kiesz regarding their alleged failure to provide timely access to a primary care physician; and

   (b) all claims against defendants Austin, Morgan, Mefford, McAlpine, Trujillo, Davis, Fleischman, and Villanueva (de la Vega)

3. Plaintiff's May 31, 2013 motion for a stay (ECF No. 32) is denied;

4. This action proceeds on plaintiff's Eighth Amendment claims against defendants Fontillas, Froland and Broughn.

5. This action also proceeds on plaintiffs claim that defendants Braunger and Keisz were deliberately indifferent to his medical needs in relation to the delay in plaintiff's receiving his prescribed medication.

DATED: November 20, 2013

Troy L. Nunley
United States District Judge

/pitt0823.805