UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. PITTS, | No. 2:12-cv-0823 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action. On September 15, 2014, the court granted in part plaintiff's motion for an order granting service of a subpoena duces tecum by the United States Marshal on non-party Warden Gary Swarthout or an acting warden of CSP-Solano. ECF No. 117 at 25. Plaintiff was directed to return a signed subpoena within 21 days, containing only the requests approved by the court in the body of the order. Id. Plaintiff has timely submitted the signed subpoena, and has included in his requests for production only those requests specifically permitted in the court's prior order. The undersigned finds that plaintiff has complied with the Order of September 15, 2014.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The United States Marshal shall provide personal service of plaintiff's SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, along with the attached requests for production, upon Warden Gary Swarthout and/or the Acting Warden of CSP-Solano

1

1 within fourteen (14) days; and

2     2. A copy of this order is to be served upon the U.S. Marshal's Office, along with plaintiff's subpoena and attached requests for production directed to Warden Gary Swarthout and/or the Acting Warden of CSP-Solano.

DATED: October 30, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE