UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. PITTS, | No. 2:12-cv-0823 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed objections to defendants' motion for summary judgment in which he claims that he will be unable to fully address the motion until the pending motion to compel is resolved. ECF No. 150. He also challenges the adequacy of a declaration provided by defendants in support of their motion. Id. The court will construe plaintiff's objections as a motion to enlarge his time to respond to defendants' motion for summary judgment until after the pending motion to compel has been resolved. The court will therefore vacate plaintiff's deadline to respond to the motion for summary judgment and re-set the deadline upon resolution of the pending motion to compel. The court will not consider plaintiff's objections to the defendants' evidence at this time, and any such objections will need to be contained in plaintiff's response to the summary-judgment motion.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's objections to defendants' motion
2  for summary judgment (ECF No. 150) is construed as a motion to enlarge his time to respond to
3  the summary-judgment motion, and as such is granted.  Plaintiff's deadline to respond to
4  defendants' motion for summary judgment is hereby vacated and will be re-set upon resolution of
5  the pending motion to compel.
6  DATED:  July 27, 2015.

_____/ S /_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE