UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE L. PITTS, | No. 2:12-cv-0823 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, et al., | |
| Defendants. | |

  Warden Arnold has filed a notice of compliance with the court's October 30, 2015 order. ECF No. 158. The notice of compliance was filed November 25, 2015. Accordingly, IT IS HEREBY ORDERED that plaintiff shall have until December 28, 2015, to file his response to defendants' motion for summary judgment.

DATED: November 30, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE